# EXHIBIT 9







